OSAKI SHOTEN, LTD., ET AL. *v.* UNITED STATES

**No. 5770.**—Invoices dated Osaka, Japan, March 27, 1939, etc.
Certified March 28, 1939, etc.
Entered at Hilo, T. H., April 15, 1939, etc., and Honolulu, T. H.,
July 17, 1939, etc.
Entry No. A–257, etc., and A–14, etc.

(Decided December 17, 1942)

*Lawrence & Tuttle (George R. Tuttle* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney),
for the defendant.

OLIVER, Presiding Judge: The appeals to reappraisement listed in
schedule A, hereto attached and made a part hereof, have been
submitted for decision upon the following stipulation of counsel for
the parties hereto:

It is hereby stipulated and agreed by and between counsel for the respective
parties hereto, subject to the approval of the court:

(1) That upon the dates of exportation of the rubber boots listed in annexed
schedule, such or similar merchandise manufactured or produced in the United
States was being freely offered for sale, packed ready for delivery to all pur-
chasers, in the principal market of the United States, in the ordinary course of
trade and in the usual wholesale quantities, in such market and at the prices
shown in attached schedule, under the column entitled "American selling price."

(2) That the appeals are abandoned as to all other merchandise and that upon
this stipulation the cases referred to in annexed schedule may be deemed to be
submitted.

On the agreed facts I find the American selling price, as that
value is defined in section 402 (g) of the Tariff Act of 1930, to be
the proper basis for the determination of the value of the merchandise
here involved, and that such values are the American selling prices
as listed in schedule B, hereto attached and made a part hereof.

The appeals having been abandoned insofar as they relate to all
other merchandise, to that extent the appeals are hereby dismissed.

Judgment will be rendered accordingly.

*Schedule B*

| Reap. No. | Appraised value per pair | Description, size or type | American selling price per pair |
|---|---|---|---|
| 132128–A/1767 | $2. 0264 | Sizes 2, 3, 4, 5 | $1.55 less 3% |
|  | 2. 0264 | Sizes 6, 7 | 1.60 less 3% |
| 133823–A/1827 | 2. 0264 | Sizes 2, 4, 5 | 1.55 less 3% |
|  | 2. 0264 | Sizes 7, 8 | 1.60 less 3% |
| 133824–A/1828 | 2. 0264 | Sizes 4, 5 | 1.55 less 3% |
|  | 2. 0264 | Sizes 7, 8 | 1.60 less 3% |
| 135266–A/1884 | 2. 0264 | Men's | 1.92 less 3% |
| 136941–A/1970 | 2. 0264 | Size 5 | 1.55 less 3% |
| 138658–A/1992 | 2. 0264 | Boys' 4 to 5 | 1.52 less 3% |

| Reap. No. | Appraised value per pair | Description, size or type | American selling price per pair |
|---|---|---|---|
| 140361–A/2061 | 2. 0264 | Sizes 3 to 5 | 1.55 less 3% |
| | 2. 0264 | Size 6 or more | 1.60 less 3% |
| 139856–A/2039 | 2. 0264 | Baby | 1.69 less 3% |
| | 2. 0264 | Men's | 1.92 less 3% |
| 142308–A/2091 | 2. 0264 | Boys' 4, 5 | 1.52 less 3% |
| | 2. 0264 | Men's 6 and over | 1.52 less 3% |
| 143707–A/2106 | 2. 0264 | Sizes 4 to 5 | 1.69 less 3% |
| | 2. 0264 | Sizes 6 to 8 | 1.92 less 3% |
| 143708–A/2107 | 2. 0264 | Men's | 1.52 less 3% |
| 143709–A/2108 | 2. 0264 | Men's | 1.52 less 3% |
| 143710–A/2109 | 2. 0264 | Assorted | 1.52 less 3% |
| 137510–A/1977 | 2. 0264 | Men's | 1.60 less 3% |
| 140233–A/2048 | 2. 0264 | Men's | 1.82 less 3% |